COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 April 16, 2015
 No. 10-14-00358-CV
 IN THE INTEREST OF D.F.C., A CHILD
 
 center-4254500
 From the 13[th] District Court
 Navarro County, Texas
 Trial Court No. D13-22170-CV
 
--------------------------------------------------------------------------------
JUDGMENT

 This Court has reviewed the record in this proceeding and the briefs of the parties and finds that reversible error is presented. Accordingly, the trial court's Order of Termination signed on October 7, 2014 is reversed and remanded to the trial court for further proceedings.
 It is further ordered that Rebecca Gonzales is awarded judgment against the Department of Family and Protective Services for Rebecca Gonzales's appellate costs that were paid, if any, by Rebecca Gonzales; and all unpaid appellate court cost, if any, is taxed against the Department of Family and Protective Services.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK

 By: 3040380-17145000 
 Deputy Clerk